

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

November 21, 1975

The Honorable Dolph Briscoe
Governor of the State of Texas
State Capitol Building
Austin, Texas 78711

Dear Governor Briscoe:

Opinion No. H- 743

Re: Whether contributions to defray
the expenses of the Southern
Governors Conference must be
reported as campaign contri-
butions or lobby expenditures.

You have requested our opinion regarding whether contributions to defray the expenses of the Southern Governors Conference must be reported as campaign contributions or as lobby expenditures. We answered this question in the negative in Attorney General Opinion H-252 (1974). Since that Opinion was issued, the Legislature has amended the relevant statutes, the Lobby Act, article 6252-9c, V.T.C.S., and Chapter 14 of the Texas Election Code. Acts 1975, 64th Leg., ch. 550, p. 1811; ch. 711, p. 2257.

We are satisfied that the conclusions reached in Attorney General Opinion H-252 are correct. Furthermore, you state that the factual situation described in your earlier request remains applicable. Specifically you indicate that:

> . . . the 43rd Southern Governors' Conference will
> be totally organized and administered by a Host
> State Committee made up of men and women from
> throughout Texas and comprising both the public
> and private sectors. All contributions collected
> by the Host State Committee will be used to defray
> the expenses of the Conference, or, if contributions
> remain, will revert to the parent organization, the
> Council of State Governments. In no event will any
> contributions be made to me personally or to my
> office and I will engage neither in the solicitation
> for contributions or receiving of same.

The purpose of the Host State Committee
is to act on behalf of the state of Texas in
all stages of the Conference including
the raising and expending of funds, hiring
and fixing of salaries of contract employees
and determining the site and particulars of
the meeting.  I do not serve as a member
of this Committee nor do I reserve authority
to supervise the Committee after having
named the chairman of it.  Moreover, the
Host State Committee is an autonomous
group and independent in all particulars.

I would further state that the Southern
Governors' Conference is a voluntary
association of jurisdictions made up of
some 18 states and territories from through-
out the south, southeast and southwest
regions of the United States. It is a creature
of the National Governors' Conference which
is in turn organized under the auspices of
the Council of State Governments.  In abso-
lutely no way can any of the activities of the
Southern Governors' Conference include
assistance of any nature to any particular
officeholder in the discharge of his duties;
rather, the purpose of the Southern
Governors' Conference is the furtherance
of regional interest and understanding.

The only significant statutory addition made by the 64th Legislature
which is pertinent to this inquiry is an amplified definition of "contribution."
The definition of "contribution" was previously limited to:

any advance, deposit, or transfer of funds,
contract or obligation, whether enforceable
or unenforceable, to transfer any funds,
goods, services, or any thing of value to
any candidate or political committee
involved in an election.
Election Code, art. 14.01(c).

"Contribution" now includes:

> any advance, deposit, or transfer of funds,
> goods, services or anything of value or
> creation of any contract or obligation,
> enforceable or unenforceable, to transfer
> any funds, goods, services or anything
> of value to any office-holder for the purpose
> of assisting such person in the performance
> of duties or activites in connection with the
> office which are nonreimbursable by the
> state or political subdivision.
> Election Code, art. 14.01(D).

In view of your factual statement and particularly that part in which you recite that "[i]n no event will any contribution be made to [you] personally or to [your] office" and in light of the nature of the organization as a branch of the Council of State Governments, it is our opinion that the expanded definition of "contribution" was not intended to bring contributions to defray the expenses of the Southern Governors' Conference under the umbrella of the amended statute.

In summary, we believe Attorney General Opinion H-252 continues to be a correct statement of the law notwithstanding recent amendments to article 6252-9c and Chapter 14 of the Texas Election Code. We thus conclude that under the facts you have submitted and under the guidelines set out in Attorney General Opinion H-252 (1974), contributions to defray the expenses of the Southern Governors' Conference need not be reported as campaign contributions, and the persons who make such contributions are not thereby subject to the Lobby Act.

<u>S U M M A R Y</u>

> Contributions to defray the expenses of the Southern
> Governors' Conference and not made directly or indirectly
> to any office holder need not be reported as campaign
> contributions, and the persons who make such contributions
> are not thereby subject to the Lobby Act.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

p. 3158

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee